

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX ABILLE, | No. C 09-02279 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| BEST BUY STORES CO., ET AL., | |
| Defendant. | |

For the reasons stated at the motion hearing on July 31, 2009, the Court DENIES Defendants' Motion to Dismiss and GRANTS Plaintiff's Motion to Remand.

**IT IS SO ORDERED.**

Dated: August 3, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2279\order remanding.wpd